UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG DANG, | No. 2:15-cv-0362 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, requests that this action be dismissed without prejudice. See ECF No. 12.

Accordingly, IT IS HEREBY ORDERED that this action is voluntarily dismissed without prejudice. See Fed. R. Civ. P. Rule 41(a); Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: October 11, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE